**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO: 19-CR-60200-MORENO

UNITED STATES OF AMERICA,            )
      *Plaintiff*,                                           )
                                                             )
vs.                                                        )
                                                             )
MAUREN MOREL,                                )
      *Defendant*.                                   )
_____  )

### DEFENDANT, MAUREN MOREL'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

COMES NOW, the Defendant, Mauren Morel ("Defendant"), by and through her undersigned counsel, and hereby requests this Court enter an Order modifying the conditions of release, to allow Defendant to change the address of her residence and in support thereof, Defendant states as follows:

1. The Order Setting Conditions of Release [D.E. 26] was entered on July 25, 2019.

2. Defendant secured was released on a $200,000.00 PSB and is currently being supervised by the U.S. Pretrial Services Office.

3. Defendant now seeks a modification of this Court's order, specifically Condition 4, allowing the Defendant to change the address of her residence. The new address is less than eight (8) miles in distance from her previous address and, as with the previous address, within the boundaries of Broward County, Florida.            .

4. Defendant was residing at the address provided at the time of her release, and as maintained by the Office of the Clerk of Courts and the Pretrial Services Office, pursuant to a Lease with Option to Purchase. At the time of her release, Defendant and Owner/Seller had a valid and

enforceable contract for sale and purchase, which was subject to financing. However, since the initiation of the instant action, Defendant is no longer able to qualify for the financing necessary to complete the purchase of the property. Therefore, Defendant has been forced to exercise her right to terminate the contract, pursuant to the financing contingency clause.

5. In addition, the Lease has since expired, the Owner is unwilling to extend the term of the Lease and has required that the Defendant vacate the property. As such, Defendant has to been forced make alternative living arrangements.

6. The Defendant has been present for her Court appearances as instructed by the Court and has maintained her scheduled appointments with her Pretrial Services Officer and otherwise reported as instructed. Further, the Defendant has had no contact with law enforcement or criminal violations since being placed on pretrial/conditional release.

7. Undersigned counsel has contacted Assistant U.S. Attorney, Lisa Miller, and been advised that the Government shall defer to Pretrial Release in regard to the Defendant's request to change the address of her residence.

WHEREFORE, for the foregoing reasons the Defendant respectfully requests this Court enter an Order modifying the conditions of her pretrial release to allow her to move to her new address as indicated herein above and for such other relief as this Court deems just and proper.

Respectfully submitted,

/s/ Carlos A. Ziegenhirt
CARLOS A. ZIEGENHIRT, ESQ.
Counsel for Defendant, Mauren Morel
1190 S. LeJeune Road
Miami, FL 33134
Tel: (305) 666-1330
Fax: (305) 443-0986
Florida Bar No.: 178896
E-Mail: carlos@caz-law.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 24th day of October 2019, the foregoing was filed electronically with the Clerk of the Court via CM/ECF system and thereby served upon all counsel of record.

/s/ Carlos A. Ziegenhirt
Carlos A. Ziegenhirt, Esq.
Florida Bar No.: 178896
